**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____     Chapter     **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **MassKap, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Arroz** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-3592590** | |

4. **Debtor's address**

**Principal place of business**

**12154 Darnestown Road, Ste 621**
**Gaithersburg, MD 20878**
Number, Street, City, State & ZIP Code

**Montgomery**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**901 Massachusetts Ave NW Washington, DC 20001**
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **MassKap, LLC**                                     Case number (*if known*) _____
           _____
           Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
         **7225**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

| Debtor | MassKap, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     . *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **MassKap, LLC**
_____
Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  6, 2018**
_____
MM / DD / YYYY

**X /s/ Johannes Allender**
_____
Signature of authorized representative of debtor

**Johannes Allender**
_____
Printed name

Title   **CFO**
_____

**18. Signature of attorney**

**X /s/ Richard J. Oparil**
_____
Signature of attorney for debtor

Date   **September  6, 2018**
_____
MM / DD / YYYY

**Richard J. Oparil**
_____
Printed name

**Porzio, Bromberg & Newman, P.C.**
_____
Firm name

**1200 New Hampshire Avenue, NW**
**Washington, DC 20036-6802**
_____
Number, Street, City, State & ZIP Code

Contact phone _____

Email address   **rjoparil@pbnlaw.com**
_____

**13063**
_____
Bar number and State

Debtor    **MassKap, LLC**
_____    Case number (*if known*) _____
          Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND
_____

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **14WBella, LLC** | | | Relationship to you | **Affiliate** |
|--------|-------------------|------|--------|---------------------|---------------|
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21825** |
| Debtor | **BellCantina, LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21823** |
| Debtor | **BellKap, LLC** | | | Relationship to you | **Affiliate** |
| District | | When | | Case number, if known | |
| Debtor | **BellNoodle, LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21824** |
| Debtor | **CPKap, LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21808** |
| Debtor | **Mike Isabella, Inc.** | | | Relationship to you | **Affiliate** |
| District | | When | | Case number, if known | |
| Debtor | **Mosakap, LLC** | | | Relationship to you | **Affiliate** |
| District | | When | | Case number, if known | |
| Debtor | **Tyisa, LLC** | | | Relationship to you | **Affiliate** |
| District | | When | | Case number, if known | |

**WRITTEN CONSENT**
**OF THE**
**MANAGING MEMBERS OF**
**MassKap, LLC**

**Dated: September 5, 2018**

The undersigned, constituting the required majority of managing members (the "Governing Persons") of MassKap, LLC (the "Company"), in lieu of a special meeting, does hereby take the following actions and adopt the following resolutions by written consent:

**WHEREAS,** pursuant to Section 6.01(B) of the Company's operating agreement, any action relating to the management of the Company which the members may take shall require the consent of the managing members holding 51% of the percentage interests;

**WHEREAS,** the Governing Persons have evaluated the Company's alternatives in connection with a possible restructuring and, after due consideration, have determined it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court for the District of Maryland pursuant to Chapter 11 of Title 11 of the Unites States Bankruptcy Code (the "Bankruptcy Code");

NOW, THEREFORE BE IT:

**RESOLVED,** that the Company shall be, and it hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Maryland or such other court as the appropriate officer or officers of the Company shall determine to be appropriate (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing, the performance of such acts to constitute conclusive evidence of the reasonableness, advisability, expedience, convenience, appropriateness, or necessity thereof;

**RESOLVED FURTHER,** that the Governing Persons and any other officer or person designated and so authorized to act (the "Authorized Officers") shall be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to execute, acknowledge, delivery, verify and file petitions, schedules, lists, and other papers or documents in the United States Bankruptcy Court for the District of Maryland to commence a case under Chapter 11 of the Bankruptcy Code, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable or proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case at such time as said officer executing the same shall determine; and it was further

**RESOLVED FURTHER,** that the Authorized Officers, on behalf of the Company, are authorized, and empowered to retain the law firm of Porzio Bromberg & Newman, PC ("Porzio") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its

4033733

duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Porzio;

**RESOLVED FURTHER**, that the Authorized Officers of the Company be, and each of them acting singly is, hereby authorized and empowered to employ and retain any other professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

**RESOLVED FURTHER**, that the Company, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and it hereby is, authorized to: enter into and incur any obligations under a new debtor in possession financing facility or facilities and any associated documents and consummate the transactions contemplated therein (collectively, the "Financing Transactions") with such lenders and on such terms as may be approved by any one or more of the Authorized Officers, as may be reasonably necessary, desirable or appropriate for the continuing conduct of the affairs of the Company; and pay related fees, incur the debt contemplated by the Financing Transactions and grant security interests in and liens upon some, all or substantially all of the Company's assets in each case as may be deemed necessary, desirable or appropriate by any one or more of the Authorized Officers in connection with the Financing Transactions;

**RESOLVED FURTHER**, that the Authorized Officers of the Company be, and each of them acting singly is, hereby authorized, empowered and directed on behalf of the Company to take any and all actions, negotiate, finalize, execute, certify, deliver, file and/or record and perform any and all documents, agreements, instruments, motions, pleadings, schedules, affidavits, certificates, applications for approvals, rulings of governmental or regulatory authorities and other papers, and to take and perform any and all further acts and deeds which they, in their sole discretion, deem necessary, proper, or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 reorganization, such discretion to be conclusively evidenced by the filing thereof or the taking or performance of such action; and

**RESOLVED FURTHER**, that all of the acts and transactions taken by any Authorized Person in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except

that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER,** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

*[signature pages follow]*

4033733

**IN WITNESS WHEREOF**, the undersigned, being a managing member of the Company has executed this written consent as of the date first written above:

Michael Isabella
Percentage Interest: 20%

**IN WITNESS WHEREOF**, the undersigned, being a managing member of the Company has executed this written consent as of the date first written above:

_____

Johanes Allender
Percentage Interest: 20%

**IN WITNESS WHEREOF**, the undersigned, being a managing member of the Company has executed this written consent as of the date first written above:

_____

Taha Ismail
Percentage Interest: 20%

**Fill in this information to identify the case:**

Debtor name   **MassKap, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __September  6, 2018__        X /s/ Johannes Allender
_____
                                              Signature of individual signing on behalf of debtor

                                              **Johannes Allender**
                                              _____
                                              Printed name

                                              **CFO**
                                              _____
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **MassKap, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adams-Burch Lender 1901 Stanford Court Hyattsville, MD 20785 | | Trade Payable | | | | $3,353.30 |
| Alsco 4900 Philadelphia Way Lanham, MD 20706 | | Trade Payable | | | | $2,665.55 |
| Baldor Specialty Foods, Inc. 155 Food Center Drive Bronx, NY 10474 | | Trade Payable | | | | $15,995.97 |
| C&JM Services, Inc. P.O. Box 223 Gaithersburg, MD 20878 | | Trade Payable | | | | $9,589.57 |
| Capital Meat Co. P.O. Box 3117 Hyattsville, MD 20784 | | Trade Payable | | | | $11,787.00 |
| Coastal Sunbelt Produce 8704 Bollman Place Savage, MD 20763 | | Trade Payable | | | | $1,829.76 |
| DC Treasurer - Personal Property Tax Office of Tax and Revenue P.O. Box 419 Washington, DC 20044 | | Tax | | | | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **MassKap, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Earth N Eats 7509 Wayne Highway Waynesboro, PA 17268** | | **Trade Payable** | | | | **$2,332.00** |
| **Elite Wines Imports, Inc. 7407 Lockport Place, Ste A Lorton, VA 22079** | | **Trade Payable** | | | | **$1,608.82** |
| **Fells Point Wholesale Meats P.O. Box 21491 New York, NY 10087-1491** | | **Trade Payable** | | | | **$6,654.61** |
| **JRS Associates, Inc. 6393A Rockburn Hill Road Elkridge, MD 21075** | | **Trade Payable** | | | | **$221,992.27** |
| **Julius Silvert, Inc. P.O. Box 824559 Philadelphia, PA 19182-4559** | | **Trade Payable** | | | | **$30,552.04** |
| **Keany Produce Co. 3310 75th Avenue Hyattsville, MD 20785** | | **Trade Payable** | | | | **$5,703.14** |
| **Kelly Health Insurance P.O. Box 418926 Boston, MA 02241-8926** | | **Trade Payable** | | | | **$19,797.29** |
| **LDV Imports 130 West 25th Street, Floor 7 New York, NY 10001** | | **Trade Payable** | | | | **$3,075.00** |
| **Marriot Marquis Washington DC 901 Massachusetts Avenue, NW Washington, DC 20001** | | **Rent** | | | | **$119,130.74** |
| **Oracle America, Inc. PO Box 44471 San Francisco, CA 94144-4471** | | **Trade Payable** | | | | **$4,773.82** |
| **Samuels & Son Seafood Co. 3400 S Lawrence St Philadelphia, PA 19148** | | **Trade Payable** | | | | **$8,706.13** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **MassKap, LLC**                                              Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Hartford P.O. Box 660916 Dallas, TX 75266-0916** | | **Trade Payable** | | | | **$1,802.53** |
| **Tony Pagonis 10605 Judicial Drive, A4 Fairfax, VA 22030** | | **Loan** | | | | **$100,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **MassKap, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................... $     **328,483.10**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................................ $     **722,583.47**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................. $     **1,051,066.57**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     **584,359.09**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $     **9,430.38**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **607,593.67**

4.   Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b                              $     **1,201,383.14**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **MassKap, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$600.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **EagleBank** | **Checking** | **6565** | **$0.00** |
| 3.2. | **EagleBank** | **Checking** | **7235** | **$0.00** |
| 3.3. | **TD Bank** | **Checking** | **3329** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$600.00**

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **MassKap, LLC**                                    Case number *(If known)* _____
          Name

| 7.1. | **Landlord Security Deposit** | $69,874.26 |
|------|-------------------------------|------------|

| 7.2. | **Adams Burch Dishwasher** | $200.00 |
|------|----------------------------|---------|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          $70,074.26
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Perishable Goods.** **Landlord has onsite.** | 07/31/2018 | $68,278.33 | Recent cost | $68,278.33 |

23.    **Total of Part 5.**                                                         $68,278.33
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☑ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☑ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

Debtor   **MassKap, LLC**                                          Case number *(If known)* _____
_____
Name

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Restaurant Furniture.  Landlord has all fixed assets onsite. | $104,716.66 | Recent cost | $104,716.66 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Kitchen and computer equipment.  Landlord has all fixed assets onsite. | $478,914.22 | Recent cost | $478,914.22 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                                   $583,630.88
Add lines 39 through 42. Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **MassKap, LLC**
Name

Case number *(If known)* _____

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **901 Massachusetts Ave NW Washington, DC 20001** | **Leasehold Improvements** | **$328,483.10** | **Recent cost** | **$328,483.10** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $328,483.10 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Trade Name** | **Unknown** | | **Unknown** |
| 61.  **Internet domain names and websites** **Internet Domain** | **Unknown** | | **Unknown** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **MassKap, LLC**                                     Case number *(If known)* _____
          Name

□ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       □ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       □ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    □ Yes Fill in the information below.

Debtor **MassKap, LLC**  
Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $600.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $70,074.26 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $68,278.33 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $583,630.88 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $328,483.10 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $722,583.47 | + 91b. $328,483.10 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,051,066.57 |

**Fill in this information to identify the case:**

Debtor name **MassKap, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
 amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  EagleBank** Creditor's Name | Describe debtor's property that is subject to a lien | $497,485.51 | $0.00 |

**130 Rollins Avenue**
**Rockville, MD 20852**
Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2  On Deck Capital, Inc.** Creditor's Name | Describe debtor's property that is subject to a lien | $86,873.58 | $0.00 |

**Attn: Director of
Operations**
**901 N. Stuart Street, Suite
700**
**Arlington, VA 22203**
Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D                     Schedule D: Creditors Who Have Claims Secured by Property                      page 1 of 2

Debtor   **MassKap, LLC**                                             Case number (if know) _____
         Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$584,359.09** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D                Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 2 of 2

**Fill in this information to identify the case:**

Debtor name **MassKap, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.1** Priority creditor's name and mailing address
**Adam M Kiley**
**230 Rhode Island Ave NE**
**Apt 114**
**Washington, DC 20002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.2** Priority creditor's name and mailing address
**Agustin Aniceto Gonzalez**
**1111 Massachusetts Ave NW**
**Apt 614**
**Washington, DC 20005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $0.00    Priority amount $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **MassKap, LLC**
_____    Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
|---|---|---|---|---|

2.3 | Priority creditor's name and mailing address

**Alana J Thomas**
**1113 Penn St NE**
**Apt 4**
**Washington, DC 20002**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.4 | Priority creditor's name and mailing address

**Alejandra Gonzalez Alfaro**
**1352 Fairmont St NW**
**Apt 7**
**Washington, DC 20009**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.5 | Priority creditor's name and mailing address

**Alexis O Soto-Raymundo**
**13719 Woodlark Dr**
**Rockville, MD 20853**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.6 | Priority creditor's name and mailing address

**Alfred Renton Martinez**
**3620 16th St NW**
**Washington, DC 20010**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **MassKap, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

**Alissa L Pelkola**
**1101 L St NW**
**Apt 804**
**Washingto, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

**Alvaro Pereira**
**816 Fairoak Ave**
**Hyattsville, MD 20783**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

**ANDREW UPTON**
**10204 SUNDANCE CT**
**POTOMAC, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

**Anthony D Watkins**
**6619 Elkton Terrace**
**Brandywine, MD 20613**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| | |
|---|---|
| Debtor | **MassKap, LLC** |
| | Name |

Case number (if known) _____

---

**2.11** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**ANTONIO DE LOS SANTOS**
**1111 MASSACHUSETTS AVE NW**
**APT 203**
**WASHINGTON, DC 20005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address | | **$0.00** | **$0.00**

**Antonio K Lappegard**
**1960 Rochelle Ave**
**Apt 827**
**District Heights, MD 20747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address | | **$0.00** | **$0.00**

**Antonio V Panadero**
**1884 Columbia Rd**
**Apt 214**
**Washington, DC 20009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address | | **$0.00** | **$0.00**

**Armando J Soza**
**2847 Allen Rd**
**Berryville, VA 22611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **MassKap, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ARTEMIO VARGAS**
**1510 10TH ST NW**
**APT 102A**
**WASHINGTON, DC 20001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Asad L Holmberg**
**1162 4th St NE**
**Washington, DC 20002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ashley S Bigelow**
**15108 Plum Tree Way**
**Bowie, MD 20721**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Augustin Pineda**
**2912 7th St NE**
**Apt 3**
**Washington, DC 20017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **MassKap, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Austin Ihm**
**7622 Carteret Rd**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Notice Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Blanca E Sanches**
**650 Park Rd NW**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Notice Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**BRANDON OSMANI VICENTE**
**1236 11TH ST NW**
**APT 607**
**WASHINGTON, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Notice Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Brian E Alvarez**
**12900 Pickering Dr**
**Germantown, MD 20874**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Notice Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

| Debtor | **MassKap, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address<br>**Brian J Atlas**<br>**1020 Irving St NE**<br>**Washington, DC 20017** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.24 | Priority creditor's name and mailing address<br>**Brittany T Commodore**<br>**4226 Augusta St**<br>**Waldorf, MD 20602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.25 | Priority creditor's name and mailing address<br>**Bruce A Vargas**<br>**4002 19th Ave**<br>**Temple Hills, MD 20748** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.26 | Priority creditor's name and mailing address<br>**Candice A Segovia**<br>**151 Q St NE**<br>**Apt 3508**<br>**Washington, DC 20002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **MassKap, LLC**                                                    Case number (if known)
_____                          _____
          Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Carlos R Paiva**
**562 Oklahoma Ave NE**
**Washington, DC 20002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Carlos Sanchez**
**727 Morton St NW**
**Washington, DC 20010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Caroline M De Raet**
**9100 Wooden Bridge Rd**
**Rockville, MD 20854**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Cecilia Mauricio Ascencio**
**3521 14th St NW**
**Washington, DC 20010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **MassKap, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CHASE BURKE**
**1111 MASSACHUSETTS AVE NW**
**APT 412**
**WASHINGTON, DC 20005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CHRISTINA M LEIVA**
**9513 TAM O SHANTER DR**
**UPPER MARLBORO, MD 20772**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Christine Canel-Parent**
**403 Dale Dr**
**Silver Spring, MD 20910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Christopher Makel Moses**
**1715 New Jersey Ave NW**
**#B**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **MassKap, LLC**      Case number *(if known)* _____

Name

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.35** Priority creditor's name and mailing address

**Claire M Moerder**
**201 I St SW**
**V434**
**Washington, DC 20024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.36** Priority creditor's name and mailing address

**Colin A Lauer**
**2022 6th St S**
**Arlington, VA 22204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.37** Priority creditor's name and mailing address

**Daniel E Umana Abarca**
**3006 Muskogee St**
**Adelphi, MD 20783**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.38** Priority creditor's name and mailing address

**Danielle M Collins**
**2320 Chester St SE**
**Apt 2101**
**WASHINGTON, DC 20020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **MassKap, LLC**

Name

Case number (if known) _____

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----|----|----|----|

**Darrell N Blackwell**
**224 36th St SE**
**Apt 303**
**Washington, DC 20019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----|----|----|----|

**David V Nelson**
**12774 Wisteria Dr**
**Apt 1782**
**Germantown, MD 20874**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----|----|----|----|

**David W Sabbadino**
**1635 A St NE**
**Washington, DC 20002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----|----|----|----|

**DaVon Moody**
**19817Apple Ridge Pl**
**MONTGOMERY VILLAGE, MD**
**20886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | MassKap, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,430.38 | Unknown |
|---|---|---|---|---|

**DC Treasurer - Personal Property Tax**
**Office of Tax and Revenue**
**P.O. Box 419**
**Washington, DC 20044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Dean A Hildebrand**
**1314 Massachusetts Ave NW**
**Apt G 04**
**Washington, DC 20005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Delci Villatoro**
**3636 16 St NW**
**B252**
**WASHINGTON, DC 20010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**DENISE C WILLIAMS**
**2425 BLUERIDGE AVE**
**WHEATON, MD 20902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **MassKap, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Denise M Brandi**<br>**11 Beacon Hill Way**<br>**Gaithersburg, MD 20878** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Derek Tennant**<br>**5576 Burnside Dr**<br>**#6**<br>**Rockville, MD 20853** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Derrald B Segue**<br>**1884 Columbia Rd**<br>**Apt 214**<br>**Washingto, DC 20009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Derwin S Echevarria Coreano**<br>**2647 N Van Dorn St**<br>**Apt #12**<br>**Alexandria, VA 22302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **MassKap, LLC**
_____     Case number (if known) _____
Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.51** Priority creditor's name and mailing address

**Devon Trotter**
**1401 N St NW**
**Apt 213**
**Washington, DC 20005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.52** Priority creditor's name and mailing address

**Deysi Sanchez Garcia**
**1511 Franklin St NE**
**WASHINGTON, DC 20018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.53** Priority creditor's name and mailing address

**Diana Membreno**
**4723 Baltimore Ave**
**Hyattsville, MD 20781**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.54** Priority creditor's name and mailing address

**Draxler Argueta**
**9322 19th Ave**
**Apt 203**
**Adelphi, MD 20783**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **MassKap, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Dylan M Panzer** | *Check all that apply.* | | |
| | **18101 Rolling Meadow Way** | ☐ Contingent | | |
| | **Olney, MD 20832** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**Notice Only**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **EDGAR F LOZANO** | *Check all that apply.* | | |
| | **8060 13TH ST** | ☐ Contingent | | |
| | **APT 603** | ☐ Unliquidated | | |
| | **SILVER SPRING, MD 20910** | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**Notice Only**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **EDUARDO GONZALEZ** | *Check all that apply.* | | |
| | **1236 11TH ST NW** | ☐ Contingent | | |
| | **APT 607** | ☐ Unliquidated | | |
| | **WASHINGTON, DC 20001** | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**Notice Only**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Elliot Drew** | *Check all that apply.* | | |
| | **733 N Kings Rd** | ☐ Contingent | | |
| | **Apt 349** | ☐ Unliquidated | | |
| | **Los Angeles, CA 90069** | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**Notice Only**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

Debtor    **MassKap, LLC**                                              Case number (if known) _____

_____
Name

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|---|---|---|---|

**Elmehdi Moubarki**
**5661 3rd St NE**
**Apt 174**
**Washington, DC 20011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|---|---|---|---|

**Elmer F Lopez**
**1203 Ingraham St NW**
**Washington, DC 20011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|---|---|---|---|

**Elvis Y Soto**
**5815 14th St NW**
**Apt 201**
**Washington, DC 20011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|---|---|---|---|

**Emily C Wasielewski**
**3725 Macomb St NW**
**Apt 507**
**Washington, DC 20016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **MassKap, LLC**                                    Case number (if known) _____
_____
Name

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|--------|--------|--------|--------|

**2.63** Priority creditor's name and mailing address
**Emmanuel D Solomon**
**1163 1st Pl NW**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

**2.64** Priority creditor's name and mailing address
**Eustacio Nava Felipe**
**1451 Park Rd NW**
**Apt 518**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

**2.65** Priority creditor's name and mailing address
**Evan B Snyder**
**1222 Staples St NE**
**Apt 4**
**Washington, DC 20002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

**2.66** Priority creditor's name and mailing address
**Ever O Martin Silva**
**780 Fairview Ave**
**Apt 301**
**Takoma Park, MD 20912**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

Debtor **MassKap, LLC** _____   Case number _(if known)_ _____
Name

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

2.67 | Priority creditor's name and mailing address
**Faisal B Adam**
**5262 Cozy Glen Ln**
**Alexandria, VA 22312**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.68 | Priority creditor's name and mailing address
**Fanny Sanluis**
**315 Franklin St NE**
**Washington, DC 20002**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.69 | Priority creditor's name and mailing address
**Francesca D Moquete**
**4914 Quimby Ave**
**BELTSVILLE, MD 20705**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.70 | Priority creditor's name and mailing address
**Francisco Neri**
**930 M St NW**
**Apt T05**
**Washington, DC 20001**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **MassKap, LLC**
_____            Case number *(if known)* _____
Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Frank A Boakye**
**2812 Poag St**
**Alexandria, VA 22303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Franklin E Aguirre**
**926 Euclid Street**
**WASHINGTON, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Glenda Argueta Guevara**
**5029 8th St NW**
**Washington, DC 20011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Gloria Diaz Potillo**
**1601 E St NW**
**Washington, DC 20502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **MassKap, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Graciela Trujillo**
**601 Edgewood St NE**
**Apt 533**
**Washington, DC 20017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Gregorio Martinez**
**1111 Massachusetts Ave NW**
**Apt 815**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Greshen G Venketasamy**
**6669 Bucknell Rd**
**Bryans Road, MD 20616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Guadalupe Martinez**
**7019 Georgia Ave NW**
**Apt 105**
**Washington, DC 20012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **MassKap, LLC**
_____
Name

Case number _(if known)_ _____

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hairul Nizam**
**10949 Bucknell Dr**
**Silver Spring, MD 20902**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Notice Only**

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hector Barrios Torres**
**601 Edgewood St NE**
**Apt 721**
**Washington, DC 20017**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Notice Only**

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Heins L Martinez**
**9122 Arlington Blvd**
**Fairfax, VA 22031**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Notice Only**

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Herminia Torres de Moreno**
**7019 Georgia Ave NW**
**Apt 4**
**Washington, DC 20012**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Notice Only**

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **MassKap, LLC**

Case number *(if known)* _____

Name

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hernan Mejia**
**3101 Kimberly Rd**
**Hyattsville, MD 20782**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**HICIDORO TEJADA SANCHEZ**
**1111 MASSACHUSETTS AVE NW**
**APT 212**
**WASHINGTON, DC 20005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hiroko S Fujimoto**
**8210 Catbird Cir**
**Apt 201**
**Lorton, VA 22079**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Honorio Bautista Santos**
**803 R St NW**
**Washington, DC 20001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | MassKap, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**HUMBERTO A VERGARA VILLANUEVA**
**601 EDGEWOOD ST NE**
**APT 210**
**WASHINGTON, DC 20017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Indya L Henderson**
**3300 18th Place SE**
**WASHINGTON, DC 20020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ivan A Gotay**
**1115 Rhode Island Ave NW**
**Washington, DC 20005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JACOB EULER**
**723 FALLSGROVE DR**
**APT 4033**
**ROCKVILLE, MD 20850**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **MassKap, LLC**                                        Case number (if known)
_____
Name

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jacobo Huezo Romero**
**660 Kenyon St NW**
**Apt 2**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address        2.92
**Jacqueline Carballo Mendoza**
**7019 Georgia Ave NW**
**Apt 106**
**Washington, DC 20012**

As of the petition filing date, the claim is:          $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address        2.93
**Jakevian Desmeon Matthews**
**8601 Boundbrook Terrace**
**Manassas, VA 20109**

As of the petition filing date, the claim is:          $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address        2.94
**Jasmin N Brooks**
**1825 Village Green Dr**
**Hyattsville, MD 20785**

As of the petition filing date, the claim is:          $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor   **MassKap, LLC**                                    Case number *(if known)* _____
_____
Name

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Jason A Smith**
**2627 Adams Mill Rd NW**
**#3**
**Washington, DC 20009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.96 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Jason M Eury**
**24709 Kings Valley Rd**
**Damascus, MD 20872**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.97 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Jason R Barnes**
**1312 Clifton St NW**
**Apt 5145**
**Washington, DC 20009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.98 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Javier E Lamboy**
**4301 23rd Pkwy**
**Temple Hills, MD 20748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  **MassKap, LLC**                                            Case number *(if known)* _____
_____
Name

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------|----------|----------|----------|

**2.99** Priority creditor's name and mailing address

**Jessenia Francisca Garmendez**
**5111 South Dakota Ave NE**
**Washington, DC 20017**

As of the petition filing date, the claim is: $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.100** Priority creditor's name and mailing address

**Jesus Casarrubias Cervantes**
**6401 14th St NW**
**Apt A-5**
**Washington, DC 20012**

As of the petition filing date, the claim is: $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.101** Priority creditor's name and mailing address

**Jhon C Zepeda**
**7019 Georgia Ave NW**
**Washington, DC 20012**

As of the petition filing date, the claim is: $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.102** Priority creditor's name and mailing address

**John M Porter**
**5508 Kathleen Pl**
**Springfield, VA 22151**

As of the petition filing date, the claim is: $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **MassKap, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**JORDAN HAMMES**
**429 N ST SW**
**#5704**
**WASHINGTON, DC 20024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Jorge Martinez Contreras**
**3514 13th St NW**
**Apt B1**
**Washington, DC 20010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Jose Avelino Felipe**
**1236 11th St NW**
**Apt 101**
**Washington, DC 20001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Jose E Jemio**
**6700 Metropolitan Center Dr**
**Apt 402**
**Springfield, VA 22150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **MassKap, LLC**            Case number *(if known)* _____

Name

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Jose F Rodgriguez**
**4703 68th Pl**
**Hyattsville, MD 20784**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.108 | Priority creditor's name and mailing address | | $0.00 | $0.00 |

**Jose L Miranda Gomez**
**5405 16th St NW**
**Washington, DC 20011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.109 | Priority creditor's name and mailing address | | $0.00 | $0.00 |

**Jose M Hernandez**
**3218 Wisconsin Ave NW**
**Apt B2**
**Washington, DC 20016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.110 | Priority creditor's name and mailing address | | $0.00 | $0.00 |

**Jose M Mendoza**
**1434 Meridian Pl**
**WASHINGTON, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | MassKap, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jose M Morales**
**7401 New Hampshire Ave**
**Apt 215**
**Takoma Park, MD 20912**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JOSE O MEJIA AGUILLON**
**1388 TUCKERMAN ST NW**
**APT AP**
**WASHINGTON, DC 20011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jose Velasquez**
**1236 11th St NW**
**Apt 306**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Joshua A Kowalczyk**
**320 23rd St S**
**#1319**
**Arlington, VA 22227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **MassKap, LLC** |

Name

Case number *(if known)* _____

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**Josue S Rojel Santana**
**809 Decatur St NW**
**Apt 809**
**Washington, DC 20011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Juan C Jimenez**
**800 S Florida St**
**Apt 4**
**Arlington, VA 22204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Juan J Ramirez**
**717 Kenyon St NW**
**Apt 203**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Juan Patino**
**13722 Smallwood Ct**
**CHANTILLY, VA 20151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **MassKap, LLC**
_____
Name

Case number *(if known)* _____

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Juan Reyes Lopez**
**1416 R St NW**
**Apt 101**
**Washington, DC 20009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Juan Sop**
**3132 16th St NW**
**Apt 308**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Juana Tejeda Sanchez**
**1715 8th St NW**
**Apt 102**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Julio C Juanta Tucux**
**1236 11th St NW**
**Apt 402**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **MassKap, LLC**                                          Case number (if known) _____
_____
Name

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

**2.123** Priority creditor's name and mailing address

**Julio Salvador**
**7416 Colshire Drive**
**MCLEAN, VA 22102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.124** Priority creditor's name and mailing address

**Kandy Piamjaroen**
**2112 8th St NW**
**Apt PH22**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.125** Priority creditor's name and mailing address

**Karen E Moreno Hernandez**
**801 North Hampton Drive**
**Silver Spring, MD 20903**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.126** Priority creditor's name and mailing address

**Katecia A McLean**
**2747 Ordway St NW**
**Apt A**
**Washington, DC 20008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **MassKap, LLC**                                                 Case number (if known) _____
_____
Name

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.127**

Priority creditor's name and mailing address
**Kelvin Flores**
**4409 54th Pl**
**Bladensburg, MD 20710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.128**

Priority creditor's name and mailing address
**Kenneth C Weaver**
**230 Rhode Island Ave NW**
**Apt T 103**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.129**

Priority creditor's name and mailing address
**Kevin A Artola Chicas**
**123 Lee Ave**
**Takoma Park, MD 20912**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.130**

Priority creditor's name and mailing address
**Kevin DeYoung**
**2337 18th St NW**
**Washington, DC 20009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **MassKap, LLC**                                              Case number (if known) _____
_____
             Name

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

2.131   Priority creditor's name and mailing address

**Khadija Taki**
**2750 Gallows Rd**
**Apt 229**
**Vienna, VA 22180**

As of the petition filing date, the claim is:                                    **$0.00**         **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
                                                   **Notice Only**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

2.132   Priority creditor's name and mailing address

**Kristhiam B Carballo Mendoza**
**7019 Georgia Ave NW**
**Apt 10**
**Washington, DC 20012**

As of the petition filing date, the claim is:                                    **$0.00**         **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
                                                   **Notice Only**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

2.133   Priority creditor's name and mailing address

**Kurt N Boyea**
**1222 Staples St NE**
**Apt 4**
**WASHINGTON, DC 20002**

As of the petition filing date, the claim is:                                    **$0.00**         **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
                                                   **Notice Only**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

2.134   Priority creditor's name and mailing address

**Leonel Ordonez Godinez**
**1205 7th St NW**
**Apt 102**
**Washington, DC 20001**

As of the petition filing date, the claim is:                                    **$0.00**         **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
                                                   **Notice Only**

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

Debtor    **MassKap, LLC**                                              Case number (if known) _____
_____
Name

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Leontyne T Williams**
**11241 Columbia Pike**
**Silver Spring, MD 20901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Leopoldo Salvador**
**3514 13th St NW**
**Apt 22**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lorenzo Reyes**
**1307 12th St NW**
**Apt 1108**
**Washington, DC 20005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Louis J Matsikas**
**7902 Tysons One Pl**
**Apt 417**
**Tysons, VA 22102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **MassKap, LLC** | Case number (if known) | |
|--------|------------------|------------------------|--|
| | Name | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|

**LUCAS E DELCID**
**1500 MASSACHUSETTS AVE NW**
**APT 437**
**WASHINGTON, DC 20005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Luis A Cuellar**
**11702 Grandview Ave**
**Silver Spring, MD 20902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Magdalena Tejeda Sanchez**
**1924 3rd St NE**
**Apt 2**
**Washington, DC 20002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Malik J Gliss**
**3345 7th St NW**
**Washington, DC 20001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **MassKap, LLC**                                               Case number (if known) _____
_____
Name

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

2.143 | Priority creditor's name and mailing address

**Manuel Arroyo Morales**
**933 N St NW**
**Apt 202**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00   $0.00

---

2.144 | Priority creditor's name and mailing address

**Marc E Richards**
**620 Michigan Ave NE**
**Washington, DC 20017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00   $0.00

---

2.145 | Priority creditor's name and mailing address

**Marcelino Avelino Cruz**
**1515 P St NW**
**Washington, DC 20011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00   $0.00

---

2.146 | Priority creditor's name and mailing address

**Marcos T Rodriguez**
**12100 Shorefield Ct**
**Apt 14**
**Silver Spring, MD 20902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00   $0.00

Debtor    **MassKap, LLC**                                             Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 2.147 | Priority creditor's name and mailing address<br>**Margarito Santos Remigio**<br>**1306 6th St NW**<br>**Apt 102**<br>**Washington, DC 20001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.148 | Priority creditor's name and mailing address<br>**Maria Beltran Ramirez**<br>**803 R St NW**<br>**Apt 101**<br>**Washington, DC 20001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.149 | Priority creditor's name and mailing address<br>**Maria C Gonzalez**<br>**1236 11th St NW**<br>**Apt 602**<br>**Washington, DC 20001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.150 | Priority creditor's name and mailing address<br>**Maria E Guevara Rivas**<br>**5029 8th St NW**<br>**Washington, DC 20011** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor **MassKap, LLC**                                               Case number *(if known)* _____
_____
      Name

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**2.151** Priority creditor's name and mailing address
**Maria Gonzalez**
**1236 11th St NW**
**Apt 306**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**$0.00**  **$0.00**

---

**2.152** Priority creditor's name and mailing address
**Mariano Xiap**
**1476 Newton St NW**
**Apt 22**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**$0.00**  **$0.00**

---

**2.153** Priority creditor's name and mailing address
**MARIO H CALDERON**
**5747 13TH ST NW**
**WASHINGTON, DC 20011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**$0.00**  **$0.00**

---

**2.154** Priority creditor's name and mailing address
**Marlon Mozo**
**1519 Park Rd NW**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**$0.00**  **$0.00**

---

Debtor    **MassKap, LLC**
_____   Case number (if known) _____
Name

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

2.155 | Priority creditor's name and mailing address

**Martin Garcia**
**4812 3rd St NW**
**Apt 02**
**Washington, DC 20011**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.156 | Priority creditor's name and mailing address

**Marvin L Thomas Jr**
**803 Quintana Pl NW**
**Washington, DC 20011**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.157 | Priority creditor's name and mailing address

**Meaza T Hagos**
**2727 Duke St**
**Apt 415**
**Alexandria, VA 22314**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.158 | Priority creditor's name and mailing address

**MELDDRICK AGUILAR**
**5920 CLAY ST NE**
**WASHINGTON, DC 20019**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **MassKap, LLC**                                              Case number (if known) _____
_____
Name

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| 2.159 | Priority creditor's name and mailing address<br>**Melvin J Dickerson**<br>**6806 19th Rd N**<br>**Arlington, VA 22205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address<br>**Michael Amendola**<br>**603 Q St NW**<br>**Washington, DC 20001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address<br>**Michael G Castro**<br>**930 M St NW**<br>**Apt 205**<br>**Washington, DC 20001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address<br>**Michael L Rafidi**<br>**1011 4th St NW**<br>**Apt 306**<br>**Washington, DC 20001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **MassKap, LLC**                                              Case number (if known)
_____        _____
Name

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.163 | Priority creditor's name and mailing address

**MICHAEL W MUSTARD**
**7525 INZER ST**
**SPRINGFIELD, VA 22151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

2.164 | Priority creditor's name and mailing address

**Milton D Cardona**
**1388 Tewkesbury Pl NW**
**Apt B5**
**Washington, DC 20012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

2.165 | Priority creditor's name and mailing address

**Mouna Awadi**
**5800 Quantrell Ave**
**#611**
**Alexandria, VA 22312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

2.166 | Priority creditor's name and mailing address

**Nabil Mamdouh**
**9121 Harrington Dr**
**Potomac, MD 20854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

Debtor **MassKap, LLC**
Name

Case number *(if known)* _____

| | | |
|---|---|---|

**2.167** Priority creditor's name and mailing address
**NATALIE A MATTHEWS**
**10714 MORNING GLORY WAY**
**BOWIE, MD 20720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.168** Priority creditor's name and mailing address
**Nelson Mendez Lopez**
**11516 Charlton Dr**
**SILVER SPRING, MD 20902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.169** Priority creditor's name and mailing address
**Nicholas M Bell**
**5636 Livingston Terrace**
**Apt 302**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.170** Priority creditor's name and mailing address
**Nicholas Sagastume Godoy**
**1236 11th St NW  Apt 301**
**WASHINGTON, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **MassKap, LLC**
_____
Name

Case number (if known) _____

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.171** Priority creditor's name and mailing address

**Noel Bonilla**
**3342 Mt Pleasant St NW**
**Apt 11**
**Washington, DC 20010**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.172** Priority creditor's name and mailing address

**Olja Siforija**
**1665 Kenwood Ave**
**ALEXANDRIA, VA 22302**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.173** Priority creditor's name and mailing address

**Olmer Lopez**
**1430 Tuckerman St NW**
**Apt A4**
**Washington, DC 20011**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.174** Priority creditor's name and mailing address

**Olvin Mendoza Mendoza**
**730 Quincy St NW**
**WASHINGTON, DC 20011**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **MassKap, LLC**                                    Case number (if known) _____

Name

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Oscar A Rios**
**1908 Oliver St**
**HYATTSVILLE, MD 20782**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Oscar Barrios**
**1430 Tuckerman St NW**
**Apt A4**
**Washington, DC 20011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Oswaldo L Gonzalez Mendez**
**1921 Rosemary Hills Drive**
**Unit R3**
**Silver Spring, MD 20910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Owen M O'Vitt**
**2610 Urbana Dr**
**Silver Spring, MD 20906**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **MassKap, LLC**                                              Case number (if known) _____
_____
Name

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Paola O Velez**
**15955 Frederick Rd**
**Apt 1318**
**Rockville, MD 20855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Patricia R Atencia Cueva**
**3010 Sugar Ln**
**Vienna, VA 22181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Patrick M Pervola**
**8709 Capistrano Way**
**Odenton, MD 21113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Pedro A Sanches Lopez**
**1221 Rock Creek Ford Rd NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **MassKap, LLC**
_____    Case number (*if known*) _____
　　　　　Name

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

2.183 | Priority creditor's name and mailing address

**Pedro A Zavala**
**5313 13th St NW**
**WASHINGTON, DC 20011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00　　$0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.184 | Priority creditor's name and mailing address

**Philippa A Cosgrove**
**803 Quintana Pl NW**
**Washington, DC 20011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00　　$0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.185 | Priority creditor's name and mailing address

**Poriya Samaryparizy**
**5302 New Hampshire Ave NW**
**Washington, DC 20011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00　　$0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.186 | Priority creditor's name and mailing address

**Qishawn M Wallace**
**4305 Shell St**
**Capitol Heights, MD 20743**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00　　$0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **MassKap, LLC**
_____    Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00    $0.00 |

**2.187** | Priority creditor's name and mailing address

**Rabii Messaoudi**
**1250 S Taylor St**
**Apt 1**
**Arlington, VA 22204**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.188** | Priority creditor's name and mailing address

**Radovan Jankovic**
**8710 Cameron St**
**Unit 514**
**Silver Spring, MD 20910**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.189** | Priority creditor's name and mailing address

**Rafael A Rivero Acevedo**
**3201 Wisconsin Ave NW**
**Apt 004**
**Washington, DC 20016**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.190** | Priority creditor's name and mailing address

**Rafael A Yanes Escobar**
**1236 11th St NW**
**Apt 602**
**Washington, DC 20001**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **MassKap, LLC** _____ Case number (if known) _____
      Name

| | | |
|---|---|---|
| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

### 2.191

Priority creditor's name and mailing address

**Ramon Eduardo L Bunch**
**745 12th St SE**
**Washington, DC 20003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$0.00    $0.00

### 2.192

Priority creditor's name and mailing address

**RANDY G KOUMBA MOUDOKI**
**815 QUINCE ORCHARD BLVD**
**APT 23**
**GAITHERSBURG, MD 20878**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$0.00    $0.00

### 2.193

Priority creditor's name and mailing address

**Raul Acencio De La Cruz**
**927 N St NW**
**Apt 1**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$0.00    $0.00

### 2.194

Priority creditor's name and mailing address

**Raul H Delaunde**
**12413 Braxfield Ct**
**Apt 9**
**Rockville, MD 20852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$0.00    $0.00

Debtor  **MassKap, LLC**                                              Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**REYES R RAMOS**
**5617 RANDOLPH ST**
**HYATTSVILLE, MD 20784**

As of the petition filing date, the claim is:           $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Richard K Sladek Jr**
**625 H St NE**
**Apt 305**
**Washington, DC 20002**

As of the petition filing date, the claim is:           $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Roberto Albino Marcelo**
**1236 11th St NW**
**Apt 310**
**Washington, DC 20001**

As of the petition filing date, the claim is:           $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**ROCHELLE L COOPER**
**7611 MAPLE AVE**
**APT 40**
**TAKOMA PARK, MD 20912**

As of the petition filing date, the claim is:           $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY       ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| Debtor | **MassKap, LLC** | | Case number (if known) | | |
| | Name | | | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
| | **Rodolfo Morales**<br>**933 N St NW**<br>**Apt 505**<br>**Washington, DC 20001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
| | **Romney E Makle**<br>**3232 Georgia Ave NW**<br>**Apt 519**<br>**Washington, DC 20010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
| | **RONALD MEDRANO**<br>**4501 CONNECTICUT AVE NW**<br>**WASHINGTON, DC 20008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
| | **Roque Yac Sanchez**<br>**3132 16th St NW**<br>**Apt 308**<br>**Washington, DC 20010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **MassKap, LLC**
_____    Case number (if known) _____
Name

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Roxanna Salazar**
**5105 Lackawanna St**
**College Park, MD 20740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ryan E Little**
**1833 Summit Pl NW**
**Apt 102**
**Washington, DC 20009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ryan L Carson**
**4905 29th Rd S**
**Apt A1**
**Arlington, VA 22206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Safiyyah B Williams**
**7827 Crystal Brook Way**
**Hanover, MD 21076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | MassKap, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Said I Al-Banna**
**4817 36th St NW**
**Apt 509**
**Washington, DC 20008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Notice Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Salah E Charhabil**
**44 Bates St NW**
**Apt A**
**Washington, DC 20001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Notice Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Salim Bouguerra**
**3439 14th St NW**
**Washington, DC 20010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Notice Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Samuel J Medrano**
**6908 Westmoreland Rd**
**Falls Church, VA 22042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Notice Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

Debtor    **MassKap, LLC**                                         Case number (if known) _____
_____
Name

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |

**2.211**   Priority creditor's name and mailing address

**Sarah M White**
**244 12th St SE**
**Basement**
**Washington, DC 20003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                                                    **$0.00**      **$0.00**

Date or dates debt was incurred          Basis for the claim:
                                         **Notice Only**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.212**   Priority creditor's name and mailing address

**Sarbelio Vasquez**
**3636 16th St NW**
**Apt A752**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                                                    **$0.00**      **$0.00**

Date or dates debt was incurred          Basis for the claim:
                                         **Notice Only**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.213**   Priority creditor's name and mailing address

**Saul Lozano**
**1460 Irving St NW**
**Apt 105**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                                                    **$0.00**      **$0.00**

Date or dates debt was incurred          Basis for the claim:
                                         **Notice Only**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.214**   Priority creditor's name and mailing address

**Sebastian Rivera**
**132 Lucille Ave**
**Staten Island, NY 10309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                                                    **$0.00**      **$0.00**

Date or dates debt was incurred          Basis for the claim:
                                         **Notice Only**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

Debtor    **MassKap, LLC**                                           Case number (if known) _____
_____
Name

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.215** Priority creditor's name and mailing address

**Sebastian Siquina**
**1236 11th St NW**
**Apt 105**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.216** Priority creditor's name and mailing address

**Shawn Stevens**
**4480 C St SE**
**Apt 301**
**Washington, DC 20019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.217** Priority creditor's name and mailing address

**Sherman A Simmons**
**575 Thayer Ave**
**Apt 104**
**Silver Spring, MD 20910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.218** Priority creditor's name and mailing address

**Souad Echchatar Bannani**
**23 Canterbury Sq**
**Apt 301**
**ALEXANDRIA, VA 22304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**$0.00**    **$0.00**

---

| Debtor | **MassKap, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Spenser L Barnes**
**3555 Whiskey Bottom Rd**
**Laurel, MD 20724**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Susana Miranda Garcia**
**3513 13th St NW**
**Apt 104**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Taniyia J Harvey**
**8612 Temple Hill Rd**
**Clinton, MD 20735**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TAYLOR ARNOLD**
**1910 HENRY RD**
**ROCKVILLE, MD 20851**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **MassKap, LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|

**2.223** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** **$0.00**

**2.223**

Priority creditor's name and mailing address

**Thomas N Shaw Jr**
**1350 River Mist Ct**
**Curtis Bay, MD 21226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.224**

Priority creditor's name and mailing address

**Tia D Coleman**
**4286 Mandan Rd**
**Greenbelt, MD 20770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.225**

Priority creditor's name and mailing address

**Tiana L Jacobs**
**2211 10th St NW**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.226**

Priority creditor's name and mailing address

**TIMOTHY GALVIN**
**306 16TH ST NE**
**WASHINGTON, DC 20002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor  **MassKap, LLC**
_____
Name

Case number (if known) _____

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.227**

Priority creditor's name and mailing address

**Trevon R Chinn**
**1806 C St SE**
**Apt #3**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.228**

Priority creditor's name and mailing address

**Tyler M Upton**
**13002 Ingleside Dr**
**Beltsville, MD 20705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.229**

Priority creditor's name and mailing address

**Vanesa Zepeda**
**3331 Mt Pleasant St NW**
**Apt 10**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.230**

Priority creditor's name and mailing address

**Veaceslav Baciu**
**1312 Clifton St NW**
**Apt 505**
**Washingto, DC 20009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **MassKap, LLC**
_____    Case number (if known) _____
Name

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.231** Priority creditor's name and mailing address

**Vicente Torres Roman**
**1111 Massachusetts Ave NW**
**Apt 212**
**Washington, DC 20005**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.232** Priority creditor's name and mailing address

**Victor H Sandoval**
**1511 28th St S**
**Apt 6**
**Arlington, VA 22206**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.233** Priority creditor's name and mailing address

**Virginia Cotoc**
**1236 11th St NW**
**Apt 108**
**Washington, DC 20001**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.234** Priority creditor's name and mailing address

**WILLIAM JOHNSON**
**1434 DOLLEY MADISON BLVD**
**MCLEAN, VA 22101**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **MassKap, LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.235** | Priority creditor's name and mailing address

**William Wood**
**97 Dunkirk Rd**
**Baltimore, MD 21212**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.236** | Priority creditor's name and mailing address

**Xenia M Mijango Munoz**
**214 Kenilworth Ave NE**
**Apt 3A**
**Washington, DC 20019**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.237** | Priority creditor's name and mailing address

**Yamileth Pena**
**1430 Tuckerman St NW**
**Apt 104**
**Washington, DC 20011**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.238** | Priority creditor's name and mailing address

**Yesenia B Siguenza**
**1441 Parkwood Pl NW**
**Washington, DC 20010**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **MassKap, LLC**                                                    Case number *(if known)* _____
         _____
         Name

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.239   Priority creditor's name and mailing address

**Yi Si Tan**
**2020 F St NW**
**Apt 831**
**Washington, DC 20006**

As of the petition filing date, the claim is:                          $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                               ☐ Yes

---

2.240   Priority creditor's name and mailing address

**Yoni Casarrubias**
**1200 N St NW**
**#210**
**Washington, DC 20005**

As of the petition filing date, the claim is:                          $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                               ☐ Yes

---

2.241   Priority creditor's name and mailing address

**Zachary O Conway**
**1518 Isherwood St NE**
**Apt 4**
**Washington, DC 20002**

As of the petition filing date, the claim is:                          $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                               ☐ Yes

---

2.242   Priority creditor's name and mailing address

**Zaria I Poynter**
**11103 Lilac Ct**
**Upper Marlboro, MD 20774**

As of the petition filing date, the claim is:                          $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                               ☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

  **3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
        out and attach the Additional Page of Part 2.

                                                                                    **Amount of claim**

Debtor  **MassKap, LLC**
Name                                          Case number (if known) _____

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,500.00 |
|---|---|---|---|

**14wBella, LLC**
**12154 Darnestown Road, Ste 621**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,353.30 |
|---|---|---|---|

**Adams-Burch Lender**
**1901 Stanford Court**
**Hyattsville, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,665.55 |
|---|---|---|---|

**Alsco**
**4900 Philadelphia Way**
**Lanham, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,995.97 |
|---|---|---|---|

**Baldor Specialty Foods, Inc.**
**155 Food Center Drive**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.96 |
|---|---|---|---|

**Breakthru Beverage**
**900 E. Fayette Street**
**P.O. Box 13326**
**Baltimore, MD 21203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,589.57 |
|---|---|---|---|

**C&JM Services, Inc.**
**P.O. Box 223**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,787.00 |
|---|---|---|---|

**Capital Meat Co.**
**P.O. Box 3117**
**Hyattsville, MD 20784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **MassKap, LLC**                                                    Case number *(if known)* _____
            Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 |
|---|---|---|---|

**Cedar Springs**
P.O. Box 1445
Shepherdstown, WV 25443

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,829.76 |
|---|---|---|---|

**Coastal Sunbelt Produce**
8704 Bollman Place
Savage, MD 20763

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $282.02 |
|---|---|---|---|

**CT Corporation**
P.O. Box 4349
Carol Stream, IL 60197-4349

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $431.96 |
|---|---|---|---|

**Dionysos Imports Inc.**
11581 Robertson Drive
Manassas, VA 20109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,332.00 |
|---|---|---|---|

**Earth N Eats**
7509 Wayne Highway
Waynesboro, PA 17268

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,608.82 |
|---|---|---|---|

**Elite Wines Imports, Inc.**
7407 Lockport Place, Ste A
Lorton, VA 22079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,654.61 |
|---|---|---|---|

**Fells Point Wholesale Meats**
P.O. Box 21491
New York, NY 10087-1491

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **MassKap, LLC**
_____
Name

Case number (if known) _____

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925.00 |
|---|---|---|---|

**Gabriel Monroy**
**3404 Castle Way**
**Silver Spring, MD 20904**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221,992.27 |
|---|---|---|---|

**JRS Associates, Inc.**
**6393A Rockburn Hill Road**
**Elkridge, MD 21075**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,552.04 |
|---|---|---|---|

**Julius Silvert, Inc.**
**P.O. Box 824559**
**Philadelphia, PA 19182-4559**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,703.14 |
|---|---|---|---|

**Keany Produce Co.**
**3310 75th Avenue**
**Hyattsville, MD 20785**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,797.29 |
|---|---|---|---|

**Kelly Health Insurance**
**P.O. Box 418926**
**Boston, MA 02241-8926**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,075.00 |
|---|---|---|---|

**LDV Imports**
**130 West 25th Street, Floor 7**
**New York, NY 10001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,434.08 |
|---|---|---|---|

**Lyon Bakery**
**P.O. Box 1360**
**Hyattsville, MD 20785**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **MassKap, LLC**
_____   Case number *(if known)* _____
Name

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** |

**3.22**

**Nonpriority creditor's name and mailing address**
**Marriot Marquis Washington DC**
**901 Massachusetts Avenue, NW**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$119,130.74**

---

**3.23**

**Nonpriority creditor's name and mailing address**
**Oracle America, Inc.**
**PO Box 44471**
**San Francisco, CA 94144-4471**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,773.82**

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Path Valley Farms**
**P.O. Box 15**
**Dry Run, PA 17220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,190.97**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Pepsi-Cola**
**75 Remittance Drive, Suite 1884**
**Chicago, IL 60675-1884**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$241.30**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Potomac Exhaust, Inc.**
**1775 West Mt. Harmony Road**
**Owings, MD 20736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,586.25**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Premium Distributors**
**P.O. Box 742861**
**Atlanta, GA 30374-2861**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$428.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**R. L. Irwin Company**
**P.O. Box 407**
**Kennett Square, PA 19348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$460.00**

Debtor  **MassKap, LLC**                                   Case number *(if known)* _____
          _____
          Name

| | | |
|---|---|---|

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$369.00**

**Republic National Distributing Company**
P.O. Box 687
Annapolis Junction, MD 20701-0687

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.13**

**Roberts Oxygen Company, Inc.**
P.O. Box 5507
Derwood, MD 20855

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,706.13**

**Samuels & Son Seafood Co.**
3400 S Lawrence St
Philadelphia, PA 19148

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$388.42**

**Southern Glazer's of MD**
P.O. Box 9207
Dundalk, MD 21222-0207

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138.70**

**Staples Advantage**
Dept.ATL
P.O. Box 405386
Atlanta, GA 30384

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$586.92**

**Storm Oil, LLC**
3804 Yuma St., NW
Washington, DC 20016-2214

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00**

**Talbort's Ice & Beverage**
5234 River Road
Bethesda, MD 20816

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **MassKap, LLC** _____ Case number *(if known)* _____
_____
Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $277.83 |
|---|---|---|---|

**The Chef's Warehouse Mid-Atlantic**
P.O. Box 30944
New York, NY 10087-0944

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,802.53 |
|---|---|---|---|

**The Hartford**
P.O. Box 660916
Dallas, TX 75266-0916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Tony Pagonis**
10605 Judicial Drive, A4
Fairfax, VA 22030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,329.59 |
|---|---|---|---|

**Urban Petals**
4415 14th Street, NW, Unit B
Washington, DC 20011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,269.00 |
|---|---|---|---|

**VEGA Pest Elimination**
611 Hollywood Ave
Silver Spring, MD 20904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 9,430.38 |
| 5b. Total claims from Part 2 | 5b. + | $ 607,593.67 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 617,024.05 |

**Fill in this information to identify the case:**

Debtor name     **MassKap, LLC**

United States Bankruptcy Court for the:     DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
       (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest     **Rent** | |
| State the term remaining | **Marriot Marquis Washington DC** |
| List the contract number of any government contract  _____ | **901 Massachusetts Avenue, NW Washington, DC 20001** |

**Fill in this information to identify the case:**

Debtor name **MassKap, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **MassKap, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,220,587.88** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$3,572,997.84** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **Marriot Marquis Washington DC 901 Massachusetts Avenue, NW Washington, DC 20001** | | $75,865.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **MassKap, LLC**                                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Julius Silvert, Inc.**<br>**P.O. Box 824559**<br>**Philadelphia, PA 19182-4559** | | **$51,682.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Baldor Specialty Foods, Inc.**<br>**155 Food Center Drive**<br>**Bronx, NY 10474** | | **$34,387.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Profish**<br>**1900 Fenwick St NE**<br>**Washington, DC 20002** | | **$23,926.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Capital Meat Co.**<br>**P.O. Box 3117**<br>**Hyattsville, MD 20784** | | **$20,702.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Kelly Health Insurance**<br>**P.O. Box 418926**<br>**Boston, MA 02241-8926** | | **$20,441.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Open Table, Inc.**<br>**P.O. Box 671198**<br>**Dallas, TX 75267** | | **$19,429.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **EagleBank**<br>**130 Rollins Avenue**<br>**Rockville, MD 20852** | | **$13,340.36** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Alsco**<br>**4900 Philadelphia Way**<br>**Lanham, MD 20706** | | **$12,286.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **MassKap, LLC**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10. **Adams-Burch Lender**<br>**1901 Stanford Court**<br>**Hyattsville, MD 20785** | | $11,545.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. **Samuels & Son Seafood Co.**<br>**3400 S Lawrence St**<br>**Philadelphia, PA 19148** | | $11,517.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. **Elite Wines**<br>**505 Hampton Park Blvd, Suite D**<br>**Capitol Heights, MD 20743** | | $11,370.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. **Fells Point Wholesale Meats**<br>**P.O. Box 21491**<br>**New York, NY 10087-1491** | | $9,179.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. **The Hartford**<br>**P.O. Box 660916**<br>**Dallas, TX 75266-0916** | | $9,026.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. **Southern Glazer's of MD**<br>**P.O. Box 9207**<br>**Dundalk, MD 21222-0207** | | $6,469.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **MassKap, LLC**_____    Case number _(if known)_ _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)._ | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

Debtor    **MassKap, LLC**                                        Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

| Debtor | MassKap, LLC | Case number *(if known)* | |
|---|---|---|---|

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

Debtor    **MassKap, LLC** _____    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Johannes Allender**<br>**117 Kent Oaks Way**<br>**Gaithersburg, MD 20878** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Johannes Allender**<br>**117 Kent Oaks Way**<br>**Gaithersburg, MD 20878** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **EagleBank**<br>**130 Rollins Avenue**<br>**Rockville, MD 20852** |
| 26d.2.    **Marriot Marquis Washington DC**<br>**901 Massachusetts Ave NW**<br>**Washington, DC 20001** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **MassKap, LLC** _____   Case number *(if known)* _____

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| 27.1. | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | **Mark Petonito** | **07/31/2018** | **$68,278.33** |
| | Name and address of the person who has possession of inventory records | | |
| | **Mark Petonito**<br>**901 Massachusetts Ave NW**<br>**Washington, DC 20001** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mike Isabella Jr.** | **775 Pearl St, SW #709**<br>**Washington, DC 20024** | **Class A - Active - Managing Member** | **20%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Johannes Allender** | **117 Kent Oaks Way**<br>**Gaithersburg, MD 20878** | **Class A - Active - Managing Member** | **20%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nicholas Pagonis** | **1111 W. St NW, Apt 8**<br>**Washington, DC 20009** | **Class A - Active - Managing Member** | **20%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **George Pagonis** | **1700 Kalorama Road, NW, Apt 405**<br>**Washington, DC 20009** | **Class A - Active - Managing Member** | **20%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Taha Ismail** | **706 Irving St, NE, #102**<br>**Washington, DC 20017** | **Class A - Active - Managing Member** | **20%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    **MassKap, LLC**                                                                  Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  6, 2018**

**/s/ Johannes Allender**                                         **Johannes Allender**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Maryland

In re   **MassKap, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 6, 2018**

Signature   **/s/ Johannes Allender**

**Johannes Allender**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re __MassKap, LLC_____     Case No. _____
                              Debtor(s)              Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __September 6, 2018_____          __/s/ Johannes Allender_____
                                                 __Johannes Allender__/CFO
                                                 Signer/Title

14wBella, LLC
12154 Darnestown Road, Ste 621
Gaithersburg, MD 20878


Adam M Kiley
230 Rhode Island Ave NE
Apt 114
Washington, DC 20002


Adams-Burch Lender
1901 Stanford Court
Hyattsville, MD 20785


Agustin Aniceto Gonzalez
1111 Massachusetts Ave NW
Apt 614
Washington, DC 20005


Alana J Thomas
1113 Penn St NE
Apt 4
Washington, DC 20002


Alejandra Gonzalez Alfaro
1352 Fairmont St NW
Apt 7
Washington, DC 20009


Alexis O Soto-Raymundo
13719 Woodlark Dr
Rockville, MD 20853


Alfred Renton Martinez
3620 16th St NW
Washington, DC 20010

Alissa L Pelkola
1101 L St NW
Apt 804
Washingto, DC 20005


Alsco
4900 Philadelphia Way
Lanham, MD 20706


Alvaro Pereira
816 Fairoak Ave
Hyattsville, MD 20783


ANDREW UPTON
10204 SUNDANCE CT
POTOMAC, MD 20854


Anthony D Watkins
6619 Elkton Terrace
Brandywine, MD 20613


ANTONIO DE LOS SANTOS
1111 MASSACHUSETTS AVE NW
APT 203
WASHINGTON, DC 20005


Antonio K Lappegard
1960 Rochelle Ave
Apt 827
District Heights, MD 20747


Antonio V Panadero
1884 Columbia Rd
Apt 214
Washington, DC 20009


Armando J Soza
2847 Allen Rd
Berryville, VA 22611

ARTEMIO VARGAS
1510 10TH ST NW
APT 102A
WASHINGTON, DC 20001


Asad L Holmberg
1162 4th St NE
Washington, DC 20002


Ashley S Bigelow
15108 Plum Tree Way
Bowie, MD 20721


Augustin Pineda
2912 7th St NE
Apt 3
Washington, DC 20017


Austin Ihm
7622 Carteret Rd
Bethesda, MD 20817


Baldor Specialty Foods, Inc.
155 Food Center Drive
Bronx, NY 10474


Blanca E Sanches
650 Park Rd NW
Washington, DC 20010


BRANDON OSMANI VICENTE
1236 11TH ST NW
APT 607
WASHINGTON, DC 20001


Breakthru Beverage
900 E. Fayette Street
P.O. Box 13326
Baltimore, MD 21203

Brian E Alvarez
12900 Pickering Dr
Germantown, MD 20874


Brian J Atlas
1020 Irving St NE
Washington, DC 20017


Brittany T Commodore
4226 Augusta St
Waldorf, MD 20602


Bruce A Vargas
4002 19th Ave
Temple Hills, MD 20748


C&JM Services, Inc.
P.O. Box 223
Gaithersburg, MD 20878


Candice A Segovia
151 Q St NE
Apt 3508
Washington, DC 20002


Capital Meat Co.
P.O. Box 3117
Hyattsville, MD 20784


Carlos R Paiva
562 Oklahoma Ave NE
Washington, DC 20002


Carlos Sanchez
727 Morton St NW
Washington, DC 20010

Caroline M De Raet
9100 Wooden Bridge Rd
Rockville, MD 20854


Cecilia Mauricio Ascencio
3521 14th St NW
Washington, DC 20010


Cedar Springs
P.O. Box 1445
Shepherdstown, WV 25443


CHASE BURKE
1111 MASSACHUSETTS AVE NW
APT 412
WASHINGTON, DC 20005


CHRISTINA M LEIVA
9513 TAM O SHANTER DR
UPPER MARLBORO, MD 20772


Christine Canel-Parent
403 Dale Dr
Silver Spring, MD 20910


Christopher Makel Moses
1715 New Jersey Ave NW
#B
Washington, DC 20001


Claire M Moerder
201 I St SW
V434
Washington, DC 20024


Coastal Sunbelt Produce
8704 Bollman Place
Savage, MD 20763

Colin A Lauer
2022 6th St S
Arlington, VA 22204


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


Daniel E Umana Abarca
3006 Muskogee St
Adelphi, MD 20783


Danielle M Collins
2320 Chester St SE
Apt 2101
WASHINGTON, DC 20020


Darrell N Blackwell
224 36th St SE
Apt 303
Washington, DC 20019


David V Nelson
12774 Wisteria Dr
Apt 1782
Germantown, MD 20874


David W Sabbadino
1635 A St NE
Washington, DC 20002


DaVon Moody
19817Apple Ridge Pl
MONTGOMERY VILLAGE, MD 20886


DC Treasurer - Personal Property Tax
Office of Tax and Revenue
P.O. Box 419
Washington, DC 20044

Dean A Hildebrand
1314 Massachusetts Ave NW
Apt G 04
Washington, DC 20005


Delci Villatoro
3636 16 St NW
B252
WASHINGTON, DC 20010


DENISE C WILLIAMS
2425 BLUERIDGE AVE
WHEATON, MD 20902


Denise M Brandi
11 Beacon Hill Way
Gaithersburg, MD 20878


Derek Tennant
5576 Burnside Dr
#6
Rockville, MD 20853


Derrald B Segue
1884 Columbia Rd
Apt 214
Washingto, DC 20009


Derwin S Echevarria Coreano
2647 N Van Dorn St
Apt #12
Alexandria, VA 22302


Devon Trotter
1401 N St NW
Apt 213
Washington, DC 20005

Deysi Sanchez Garcia
1511 Franklin St NE
WASHINGTON, DC 20018


Diana Membreno
4723 Baltimore Ave
Hyattsville, MD 20781


Dionysos Imports Inc.
11581 Robertson Drive
Manassas, VA 20109


Draxler Argueta
9322 19th Ave
Apt 203
Adelphi, MD 20783


Dylan M Panzer
18101 Rolling Meadow Way
Olney, MD 20832


EagleBank
130 Rollins Avenue
Rockville, MD 20852


Earth N Eats
7509 Wayne Highway
Waynesboro, PA 17268


EDGAR F LOZANO
8060 13TH ST
APT 603
SILVER SPRING, MD 20910


EDUARDO GONZALEZ
1236 11TH ST NW
APT 607
WASHINGTON, DC 20001

Elite Wines Imports, Inc.
7407 Lockport Place, Ste A
Lorton, VA 22079


Elliot Drew
733 N Kings Rd
Apt 349
Los Angeles, CA 90069


Elmehdi Moubarki
5661 3rd St NE
Apt 174
Washington, DC 20011


Elmer F Lopez
1203 Ingraham St NW
Washington, DC 20011


Elvis Y Soto
5815 14th St NW
Apt 201
Washington, DC 20011


Emily C Wasielewski
3725 Macomb St NW
Apt 507
Washington, DC 20016


Emmanuel D Solomon
1163 1st Pl NW
Washington, DC 20001


Eustacio Nava Felipe
1451 Park Rd NW
Apt 518
Washington, DC 20010

Evan B Snyder
1222 Staples St NE
Apt 4
Washington, DC 20002


Ever O Martin Silva
780 Fairview Ave
Apt 301
Takoma Park, MD 20912


Faisal B Adam
5262 Cozy Glen Ln
Alexandria, VA 22312


Fanny Sanluis
315 Franklin St NE
Washington, DC 20002


Fells Point Wholesale Meats
P.O. Box 21491
New York, NY 10087-1491


Francesca D Moquete
4914 Quimby Ave
BELTSVILLE, MD 20705


Francisco Neri
930 M St NW
Apt T05
Washington, DC 20001


Frank A Boakye
2812 Poag St
Alexandria, VA 22303


Franklin E Aguirre
926 Euclid Street
WASHINGTON, DC 20001

Gabriel Monroy
3404 Castle Way
Silver Spring, MD 20904


Glenda Argueta Guevara
5029 8th St NW
Washington, DC 20011


Gloria Diaz Potillo
1601 E St NW
Washington, DC 20502


Graciela Trujillo
601 Edgewood St NE
Apt 533
Washington, DC 20017


Gregorio Martinez
1111 Massachusetts Ave NW
Apt 815
Washington, DC 20005


Greshen G Venketasamy
6669 Bucknell Rd
Bryans Road, MD 20616


Guadalupe Martinez
7019 Georgia Ave NW
Apt 105
Washington, DC 20012


Hairul Nizam
10949 Bucknell Dr
Silver Spring, MD 20902


Hector Barrios Torres
601 Edgewood St NE
Apt 721
Washington, DC 20017

Heins L Martinez
9122 Arlington Blvd
Fairfax, VA 22031


Herminia Torres de Moreno
7019 Georgia Ave NW
Apt 4
Washington, DC 20012


Hernan Mejia
3101 Kimberly Rd
Hyattsville, MD 20782


HICIDORO TEJADA SANCHEZ
1111 MASSACHUSETTS AVE NW
APT 212
WASHINGTON, DC 20005


Hiroko S Fujimoto
8210 Catbird Cir
Apt 201
Lorton, VA 22079


Honorio Bautista Santos
803 R St NW
Washington, DC 20001


HUMBERTO A VERGARA VILLANUEVA
601 EDGEWOOD ST NE
APT 210
WASHINGTON, DC 20017


Indya L Henderson
3300 18th Place SE
WASHINGTON, DC 20020


Ivan A Gotay
1115 Rhode Island Ave NW
Washington, DC 20005

JACOB EULER
723 FALLSGROVE DR
APT 4033
ROCKVILLE, MD 20850


Jacobo Huezo Romero
660 Kenyon St NW
Apt 2
Washington, DC 20010


Jacqueline Carballo Mendoza
7019 Georgia Ave NW
Apt 106
Washington, DC 20012


Jakevian Desmeon Matthews
8601 Boundbrook Terrace
Manassas, VA 20109


Jasmin N Brooks
1825 Village Green Dr
Hyattsville, MD 20785


Jason A Smith
2627 Adams Mill Rd NW
#3
Washington, DC 20009


Jason M Eury
24709 Kings Valley Rd
Damascus, MD 20872


Jason R Barnes
1312 Clifton St NW
Apt 5145
Washington, DC 20009

Javier E Lamboy
4301 23rd Pkwy
Temple Hills, MD 20748


Jessenia Francisca Garmendez
5111 South Dakota Ave NE
Washington, DC 20017


Jesus Casarrubias Cervantes
6401 14th St NW
Apt A-5
Washington, DC 20012


Jhon C Zepeda
7019 Georgia Ave NW
Washington, DC 20012


John M Porter
5508 Kathleen Pl
Springfield, VA 22151


JORDAN HAMMES
429 N ST SW
#5704
WASHINGTON, DC 20024


Jorge Martinez Contreras
3514 13th St NW
Apt B1
Washington, DC 20010


Jose Avelino Felipe
1236 11th St NW
Apt 101
Washington, DC 20001

Jose E Jemio
6700 Metropolitan Center Dr
Apt 402
Springfield, VA 22150


Jose F Rodgriguez
4703 68th Pl
Hyattsville, MD 20784


Jose L Miranda Gomez
5405 16th St NW
Washington, DC 20011


Jose M Hernandez
3218 Wisconsin Ave NW
Apt B2
Washington, DC 20016


Jose M Mendoza
1434 Meridian Pl
WASHINGTON, DC 20010


Jose M Morales
7401 New Hampshire Ave
Apt 215
Takoma Park, MD 20912


JOSE O MEJIA AGUILLON
1388 TUCKERMAN ST NW
APT AP
WASHINGTON, DC 20011


Jose Velasquez
1236 11th St NW
Apt 306
Washington, DC 20001

Joshua A Kowalczyk
320 23rd St S
#1319
Arlington, VA 22227


Josue S Rojel Santana
809 Decatur St NW
Apt 809
Washington, DC 20011


JRS Associates, Inc.
6393A Rockburn Hill Road
Elkridge, MD 21075


Juan C Jimenez
800 S Florida St
Apt 4
Arlington, VA 22204


Juan J Ramirez
717 Kenyon St NW
Apt 203
Washington, DC 20010


Juan Patino
13722 Smallwood Ct
CHANTILLY, VA 20151


Juan Reyes Lopez
1416 R St NW
Apt 101
Washington, DC 20009


Juan Sop
3132 16th St NW
Apt 308
Washington, DC 20010

Juana Tejeda Sanchez
1715 8th St NW
Apt 102
Washington, DC 20001


Julio C Juanta Tucux
1236 11th St NW
Apt 402
Washington, DC 20001


Julio Salvador
7416 Colshire Drive
MCLEAN, VA 22102


Julius Silvert, Inc.
P.O. Box 824559
Philadelphia, PA 19182-4559


Kandy Piamjaroen
2112 8th St NW
Apt PH22
Washington, DC 20001


Karen E Moreno Hernandez
801 North Hampton Drive
Silver Spring, MD 20903


Katecia A McLean
2747 Ordway St NW
Apt A
Washington, DC 20008


Keany Produce Co.
3310 75th Avenue
Hyattsville, MD 20785


Kelly Health Insurance
P.O. Box 418926
Boston, MA 02241-8926

Kelvin Flores
4409 54th Pl
Bladensburg, MD 20710


Kenneth C Weaver
230 Rhode Island Ave NW
Apt T 103
Washington, DC 20001


Kevin A Artola Chicas
123 Lee Ave
Takoma Park, MD 20912


Kevin DeYoung
2337 18th St NW
Washington, DC 20009


Khadija Taki
2750 Gallows Rd
Apt 229
Vienna, VA 22180


Kristhiam B Carballo Mendoza
7019 Georgia Ave NW
Apt 10
Washington, DC 20012


Kurt N Boyea
1222 Staples St NE
Apt 4
WASHINGTON, DC 20002


LDV Imports
130 West 25th Street, Floor 7
New York, NY 10001

Leonel Ordonez Godinez
1205 7th St NW
Apt 102
Washington, DC 20001


Leontyne T Williams
11241 Columbia Pike
Silver Spring, MD 20901


Leopoldo Salvador
3514 13th St NW
Apt 22
Washington, DC 20010


Lorenzo Reyes
1307 12th St NW
Apt 1108
Washington, DC 20005


Louis J Matsikas
7902 Tysons One Pl
Apt 417
Tysons, VA 22102


LUCAS E DELCID
1500 MASSACHUSETTS AVE NW
APT 437
WASHINGTON, DC 20005


Luis A Cuellar
11702 Grandview Ave
Silver Spring, MD 20902


Lyon Bakery
P.O. Box 1360
Hyattsville, MD 20785

Magdalena Tejeda Sanchez
1924 3rd St NE
Apt 2
Washington, DC 20002


Malik J Gliss
3345 7th St NW
Washington, DC 20001


Manuel Arroyo Morales
933 N St NW
Apt 202
Washington, DC 20001


Marc E Richards
620 Michigan Ave NE
Washington, DC 20017


Marcelino Avelino Cruz
1515 P St NW
Washington, DC 20011


Marcos T Rodriguez
12100 Shorefield Ct
Apt 14
Silver Spring, MD 20902


Margarito Santos Remigio
1306 6th St NW
Apt 102
Washington, DC 20001


Maria Beltran Ramirez
803 R St NW
Apt 101
Washington, DC 20001

Maria C Gonzalez
1236 11th St NW
Apt 602
Washington, DC 20001


Maria E Guevara Rivas
5029 8th St NW
Washington, DC 20011


Maria Gonzalez
1236 11th St NW
Apt 306
Washington, DC 20001


Mariano Xiap
1476 Newton St NW
Apt 22
Washington, DC 20010


MARIO H CALDERON
5747 13TH ST NW
WASHINGTON, DC 20011


Marlon Mozo
1519 Park Rd NW
Washington, DC 20010


Marriot Marquis Washington DC
901 Massachusetts Avenue, NW
Washington, DC 20001


Martin Garcia
4812 3rd St NW
Apt 02
Washington, DC 20011


Marvin L Thomas Jr
803 Quintana Pl NW
Washington, DC 20011

Meaza T Hagos
2727 Duke St
Apt 415
Alexandria, VA 22314


MELDDRICK AGUILAR
5920 CLAY ST NE
WASHINGTON, DC 20019


Melvin J Dickerson
6806 19th Rd N
Arlington, VA 22205


Michael Amendola
603 Q St NW
Washington, DC 20001


Michael G Castro
930 M St NW
Apt 205
Washington, DC 20001


Michael L Rafidi
1011 4th St NW
Apt 306
Washington, DC 20001


MICHAEL W MUSTARD
7525 INZER ST
SPRINGFIELD, VA 22151


Milton D Cardona
1388 Tewkesbury Pl NW
Apt B5
Washington, DC 20012

Mouna Awadi
5800 Quantrell Ave
#611
Alexandria, VA 22312


Nabil Mamdouh
9121 Harrington Dr
Potomac, MD 20854


NATALIE A MATTHEWS
10714 MORNING GLORY WAY
BOWIE, MD 20720


Nelson Mendez Lopez
11516 Charlton Dr
SILVER SPRING, MD 20902


Nicholas M Bell
5636 Livingston Terrace
Apt 302
Oxon Hill, MD 20745


Nicholas Sagastume Godoy
1236 11th St NW  Apt 301
WASHINGTON, DC 20001


Noel Bonilla
3342 Mt Pleasant St NW
Apt 11
Washington, DC 20010


Olja Siforija
1665 Kenwood Ave
ALEXANDRIA, VA 22302


Olmer Lopez
1430 Tuckerman St NW
Apt A4
Washington, DC 20011

Olvin Mendoza Mendoza
730 Quincy St NW
WASHINGTON, DC 20011


On Deck Capital, Inc.
Attn: Director of Operations
901 N. Stuart Street, Suite 700
Arlington, VA 22203


Oracle America, Inc.
PO Box 44471
San Francisco, CA 94144-4471


Oscar A Rios
1908 Oliver St
HYATTSVILLE, MD 20782


Oscar Barrios
1430 Tuckerman St NW
Apt A4
Washington, DC 20011


Oswaldo L Gonzalez Mendez
1921 Rosemary Hills Drive
Unit R3
Silver Spring, MD 20910


Owen M O'Vitt
2610 Urbana Dr
Silver Spring, MD 20906


Paola O Velez
15955 Frederick Rd
Apt 1318
Rockville, MD 20855


Path Valley Farms
P.O. Box 15
Dry Run, PA 17220

Patricia R Atencia Cueva
3010 Sugar Ln
Vienna, VA 22181


Patrick M Pervola
8709 Capistrano Way
Odenton, MD 21113


Pedro A Sanches Lopez
1221 Rock Creek Ford Rd NW
Washington, DC 20011


Pedro A Zavala
5313 13th St NW
WASHINGTON, DC 20011


Pepsi-Cola
75 Remittance Drive, Suite 1884
Chicago, IL 60675-1884


Philippa A Cosgrove
803 Quintana Pl NW
Washington, DC 20011


Poriya Samaryparizy
5302 New Hampshire Ave NW
Washington, DC 20011


Potomac Exhaust, Inc.
1775 West Mt. Harmony Road
Owings, MD 20736


Premium Distributors
P.O. Box 742861
Atlanta, GA 30374-2861

Qishawn M Wallace
4305 Shell St
Capitol Heights, MD 20743


R. L. Irwin Company
P.O. Box 407
Kennett Square, PA 19348


Rabii Messaoudi
1250 S Taylor St
Apt 1
Arlington, VA 22204


Radovan Jankovic
8710 Cameron St
Unit 514
Silver Spring, MD 20910


Rafael A Rivero Acevedo
3201 Wisconsin Ave NW
Apt 004
Washington, DC 20016


Rafael A Yanes Escobar
1236 11th St NW
Apt 602
Washington, DC 20001


Ramon Eduardo L Bunch
745 12th St SE
Washington, DC 20003


RANDY G KOUMBA MOUDOKI
815 QUINCE ORCHARD BLVD
APT 23
GAITHERSBURG, MD 20878

Raul Acencio De La Cruz
927 N St NW
Apt 1
Washington, DC 20001


Raul H Delaunde
12413 Braxfield Ct
Apt 9
Rockville, MD 20852


Republic National Distributing Company
P.O. Box 687
Annapolis Junction, MD 20701-0687


REYES R RAMOS
5617 RANDOLPH ST
HYATTSVILLE, MD 20784


Richard K Sladek Jr
625 H St NE
Apt 305
Washington, DC 20002


Roberto Albino Marcelo
1236 11th St NW
Apt 310
Washington, DC 20001


Roberts Oxygen Company, Inc.
P.O. Box 5507
Derwood, MD 20855


ROCHELLE L COOPER
7611 MAPLE AVE
APT 40
TAKOMA PARK, MD 20912

Rodolfo Morales
933 N St NW
Apt 505
Washington, DC 20001


Romney E Makle
3232 Georgia Ave NW
Apt 519
Washington, DC 20010


RONALD MEDRANO
4501 CONNECTICUT AVE NW
WASHINGTON, DC 20008


Roque Yac Sanchez
3132 16th St NW
Apt 308
Washington, DC 20010


Roxanna Salazar
5105 Lackawanna St
College Park, MD 20740


Ryan E Little
1833 Summit Pl NW
Apt 102
Washington, DC 20009


Ryan L Carson
4905 29th Rd S
Apt A1
Arlington, VA 22206


Safiyyah B Williams
7827 Crystal Brook Way
Hanover, MD 21076

Said I Al-Banna
4817 36th St NW
Apt 509
Washington, DC 20008


Salah E Charhabil
44 Bates St NW
Apt A
Washington, DC 20001


Salim Bouguerra
3439 14th St NW
Washington, DC 20010


Samuel J Medrano
6908 Westmoreland Rd
Falls Church, VA 22042


Samuels & Son Seafood Co.
3400 S Lawrence St
Philadelphia, PA 19148


Sarah M White
244 12th St SE
Basement
Washington, DC 20003


Sarbelio Vasquez
3636 16th St NW
Apt A752
Washington, DC 20010


Saul Lozano
1460 Irving St NW
Apt 105
Washington, DC 20010

Sebastian Rivera
132 Lucille Ave
Staten Island, NY 10309


Sebastian Siquina
1236 11th St NW
Apt 105
Washington, DC 20001


Shawn Stevens
4480 C St SE
Apt 301
Washington, DC 20019


Sherman A Simmons
575 Thayer Ave
Apt 104
Silver Spring, MD 20910


Souad Echchatar Bannani
23 Canterbury Sq
Apt 301
ALEXANDRIA, VA 22304


Southern Glazer's of MD
P.O. Box 9207
Dundalk, MD 21222-0207


Spenser L Barnes
3555 Whiskey Bottom Rd
Laurel, MD 20724


Staples Advantage
Dept.ATL
P.O. Box 405386
Atlanta, GA 30384

Storm Oil, LLC
3804 Yuma St., NW
Washington, DC 20016-2214


Susana Miranda Garcia
3513 13th St NW
Apt 104
Washington, DC 20010


Talbort's Ice & Beverage
5234 River Road
Bethesda, MD 20816


Taniyia J Harvey
8612 Temple Hill Rd
Clinton, MD 20735


TAYLOR ARNOLD
1910 HENRY RD
ROCKVILLE, MD 20851


The Chef's Warehouse Mid-Atlantic
P.O. Box 30944
New York, NY 10087-0944


The Hartford
P.O. Box 660916
Dallas, TX 75266-0916


Thomas N Shaw Jr
1350 River Mist Ct
Curtis Bay, MD 21226


Tia D Coleman
4286 Mandan Rd
Greenbelt, MD 20770

Tiana L Jacobs
2211 10th St NW
Washington, DC 20001


TIMOTHY GALVIN
306 16TH ST NE
WASHINGTON, DC 20002


Tony Pagonis
10605 Judicial Drive, A4
Fairfax, VA 22030


Trevon R Chinn
1806 C St SE
Apt #3
Washington, DC 20001


Tyler M Upton
13002 Ingleside Dr
Beltsville, MD 20705


Urban Petals
4415 14th Street, NW, Unit B
Washington, DC 20011


Vanesa Zepeda
3331 Mt Pleasant St NW
Apt 10
Washington, DC 20010


Veaceslav Baciu
1312 Clifton St NW
Apt 505
Washingto, DC 20009


VEGA Pest Elimination
611 Hollywood Ave
Silver Spring, MD 20904

Vicente Torres Roman
1111 Massachusetts Ave NW
Apt 212
Washington, DC 20005


Victor H Sandoval
1511 28th St S
Apt 6
Arlington, VA 22206


Virginia Cotoc
1236 11th St NW
Apt 108
Washington, DC 20001


WILLIAM JOHNSON
1434 DOLLEY MADISON BLVD
MCLEAN, VA 22101


William Wood
97 Dunkirk Rd
Baltimore, MD 21212


Xenia M Mijango Munoz
214 Kenilworth Ave NE
Apt 3A
Washington, DC 20019


Yamileth Pena
1430 Tuckerman St NW
Apt 104
Washington, DC 20011


Yesenia B Siguenza
1441 Parkwood Pl NW
Washington, DC 20010

Yi Si Tan
2020 F St NW
Apt 831
Washington, DC 20006


Yoni Casarrubias
1200 N St NW
#210
Washington, DC 20005


Zachary O Conway
1518 Isherwood St NE
Apt 4
Washington, DC 20002


Zaria I Poynter
11103 Lilac Ct
Upper Marlboro, MD 20774

# United States Bankruptcy Court
## District of Maryland

In re  **MassKap, LLC** _____    Case No. _____

                                       Debtor(s)          Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MassKap, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September  6, 2018** _____

Date

**/s/ Richard J. Oparil** _____

**Richard J. Oparil**

Signature of Attorney or Litigant

Counsel for   **MassKap, LLC** _____

**Porzio, Bromberg & Newman, P.C.**

**1200 New Hampshire Avenue, NW**

**Washington, DC 20036-6802**

**rjoparil@pbnlaw.com**