UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

In Re: §
§
Masskap, Llc § Case No. 18-21827
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MERRILL COHEN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 736,367.41                     Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 129,874.75     Claims Discharged
                                                 Without Payment: 700,042.66

Total Expenses of Administration: 147,345.09

3) Total gross receipts of $ 277,219.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 277,219.84 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 266,835.15 | $ 266,835.15 | $ 129,874.75 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 72,249.91 | 72,249.91 | 72,249.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 85,864.54 | 83,581.45 | 75,095.18 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 29,928.87 | 29,928.87 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 670,113.79 | 670,113.79 | 0.00 |
| TOTAL DISBURSEMENTS | $ NA | $ 1,124,992.26 | $ 1,122,709.17 | $ 277,219.84 |

4) This case was originally filed under chapter 11 on 09/06/2018 , and it was converted to chapter 7 on 01/02/2019 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/07/2020           By:/s/MERRILL COHEN, TRUSTEE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Kitchen and computer equipment. Landlord has all fixed assets onsite | 1129-000 | 216,457.91 |
| Accounts Receivable | 1221-000 | 51,607.09 |
| cash | 1229-000 | 2,357.00 |
| DIP Account Egle Bank | 1229-000 | 2,871.90 |
| Refund from The Hartford | 1229-000 | 3,925.94 |
| **TOTAL GROSS RECEIPTS** | | **$277,219.84** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Eaglebank, | 4110-000 | NA | 266,835.15 | 266,835.15 | 129,874.75 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ NA | $ 266,835.15 | $ 266,835.15 | $ 129,874.75 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MERRILL COHEN | 2100-000 | NA | 17,110.99 | 17,110.99 | 17,110.99 |
| MERRILL COHEN | 2200-000 | NA | 682.36 | 682.36 | 682.36 |
| INSURANCE PARTNERS | 2300-000 | NA | 64.45 | 64.45 | 64.45 |
| Signature Bank | 2600-000 | NA | 124.03 | 124.03 | 124.03 |
| U.S. Trustee | 2950-000 | NA | 1,950.00 | 1,950.00 | 1,950.00 |
| Heartland Payroll | 2990-000 | NA | 1,145.50 | 1,145.50 | 1,145.50 |
| Johannes Allender | 2990-000 | NA | 200.00 | 200.00 | 200.00 |
| COHEN, BALDINGER & GREENFELD | 3110-000 | NA | 6,270.00 | 6,270.00 | 6,270.00 |
| AllenderCPA | 3310-000 | NA | 1,411.00 | 1,411.00 | 1,411.00 |
| R.L. RASMUS AUCTIONEERS | 3610-000 | NA | 43,291.58 | 43,291.58 | 43,291.58 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 72,249.91 | $ 72,249.91 | $ 72,249.91 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): Porzio, Bromberg & Newman, P.C. | 6210-000 | NA | 28,309.39 | 28,309.39 | 25,435.05 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): Yumkas, Vidmar, Sweeney & Mulrenin, Llc | 6210-000 | NA | 16,200.00 | 13,916.91 | 12,503.89 |
| Prior Chapter Administrative Rent: Hq Hotel Trs, Llc | 6920-000 | NA | 36,260.30 | 36,260.30 | 32,578.69 |
| Other Prior Chapter Administrative Expenses: Us Foods, Inc. | 6990-000 | NA | 5,094.85 | 5,094.85 | 4,577.55 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 85,864.54 | $ 83,581.45 | $ 75,095.18 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Derek Tennant | 5300-000 | NA | 1,300.00 | 1,300.00 | 0.00 |
| 21 | Deysi Sanchez Garcia | 5300-000 | NA | 840.00 | 840.00 | 0.00 |
| 20 | Maria Vicenta Cotoc Gonzalez | 5300-000 | NA | 950.00 | 950.00 | 0.00 |
| 2 | Dc Gov"t Office Of Tax And Revenue | 5800-000 | NA | 26,838.87 | 26,838.87 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 29,928.87 | $ 29,928.87 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Adams-Burch Lender | 7100-000 | NA | 3,226.30 | 3,226.30 | 0.00 |
| 4 | Capital Meat Co. | 7100-000 | NA | 14,546.29 | 14,546.29 | 0.00 |
| 11 | Ct Corporation | 7100-000 | NA | 282.02 | 282.02 | 0.00 |
| 3 | Department Of Treasury | 7100-000 | NA | 2,000.00 | 2,000.00 | 0.00 |
| 15 | Hartford Fire Insurance Company | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 23A | Hq Hotel Trs, Llc | 7100-000 | NA | 545,178.28 | 545,178.28 | 0.00 |
| 13 | Melvin Dickerson | 7100-000 | NA | 480.00 | 480.00 | 0.00 |
| 1 | On Deck Capital, Inc. | 7100-000 | NA | 86,873.58 | 86,873.58 | 0.00 |
| 7 | Oracle America, Inc. Sii To Micros Systems, Inc. | 7100-000 | NA | 4,666.59 | 4,666.59 | 0.00 |
| 17 | P.J.K. Food Service, Llc | 7100-000 | NA | 5,697.14 | 5,697.14 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Southern Glazer"s Wine And Spirits, Llc | 7100-000 | NA | 858.13 | 858.13 | 0.00 |
| 19 | Southern Glazer"s Wine And Spirits, Llc | 7100-000 | NA | 469.71 | 469.71 | 0.00 |
| 5 | Teaism | 7100-000 | NA | 127.00 | 127.00 | 0.00 |
| 6 | Urban Petals | 7100-000 | NA | 3,247.93 | 3,247.93 | 0.00 |
| 18 | Vega Pest Elimination | 7100-000 | NA | 1,899.70 | 1,899.70 | 0.00 |
| 14 | Washington Wholesale Liquor Co. | 7100-000 | NA | 561.12 | 561.12 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 670,113.79 | $ 670,113.79 | $ 0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 18-21827 | TJC | Judge: | Thomas J. Catliota | Trustee Name: | MERRILL COHEN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Masskap, Llc | | | | Date Filed (f) or Converted (c): | 01/02/2019 (c) |
| | | | | | 341(a) Meeting Date: | 02/05/2019 |
| For Period Ending: | 01/07/2020 | | | | Claims Bar Date: | 03/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash (u) | 0.00 | 2,357.00 | | 2,357.00 | FA |
| 2. cash on hand | 600.00 | 600.00 | | 0.00 | FA |
| 3. Eagle Bank cking acct. x6565 | 0.00 | 0.00 | | 0.00 | FA |
| 4. DIP Account Egle Bank (u) | 0.00 | 2,871.90 | | 2,871.90 | FA |
| 5. Accounts Receivable (u) | 0.00 | 43,671.48 | | 51,607.09 | FA |
| 6. Eagle Bank cking acct. x7235 | 0.00 | 0.00 | | 0.00 | FA |
| 7. TD Bank Checking x3329 | 0.00 | 0.00 | | 0.00 | FA |
| 8. Landlord Security Deposit | 69,874.26 | 69,874.26 | | 0.00 | FA |
| 9. Adams Burch Dishwasher | 200.00 | 200.00 | | 0.00 | FA |
| 10. Perishable Goods that Landlord has onsite | 68,278.33 | 68,278.33 | | 0.00 | FA |
| 11. Restaurant Furniture- Landlord has all fixed assets onsite | 104,716.66 | 104,716.66 | | 0.00 | FA |
| 12. Kitchen and computer equipment. Landlord has all fixed assets onsite | 478,914.22 | 212,079.07 | | 216,457.91 | FA |
| 13. 901 Massachusetts Ave NW Washington DC 20001 | 328,483.10 | 328,483.10 | | 0.00 | FA |
| 14. Trade Name | Unknown | 0.00 | | 0.00 | FA |
| 15. Internet Domain | Unknown | 0.00 | | 0.00 | FA |
| 16. Accounts Receivable | 21,065.06 | 21,065.06 | | 0.00 | FA |
| 17. Accounts Receivable | 22,200.00 | 22,200.00 | | 0.00 | FA |
| 18. Accounts Receivable | 5,600.00 | 5,600.00 | | 0.00 | FA |
| 19. Accounts Receivable | 100,350.00 | 100,350.00 | | 0.00 | FA |
| 20. Accounts Receivable | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 21. DC Liquor License #ABRA-104996 | Unknown | 0.00 | | 0.00 | FA |
| 22. Refund from The Hartford (u) | 0.00 | 3,925.94 | | 3,925.94 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,215,281.63 | $1,001,272.80 | $277,219.84 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6.15.19: Quarterly review of case.

3.31.19: The Trustee is in the process of liquidating the debtor's assets. An auctioneer has been employed and the auction was completed in March 2019. The Trustee is in the process of reviewing Proofs of Claims. The Trustee will finalize the debtor's tax returns and prepare the TFR.

| RE PROP # | 1 | -- | Cash from safe at restaurant - post petition receipts |
| RE PROP # | 4 | -- | Balance of DIP Account |
| RE PROP # | 5 | -- | Money owed from Marriott for room charges for restaurant |

Initial Projected Date of Final Report (TFR): 11/30/2019     Current Projected Date of Final Report (TFR): 11/30/2019

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-21827
Case Name: Masskap, Llc
Taxpayer ID No: XX-XXX2590
For Period Ending: 01/07/2020

Trustee Name: MERRILL COHEN, TRUSTEE
Bank Name: Signature Bank
Account Number/CD#: XXXXXX9693
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/11/19 | 1 | Cohen & Greenfeld LLC Trust Account | Cash on hand<br>Cash from restaurant safe | 1229-000 | $2,357.00 | | $2,357.00 |
| 01/17/19 | 4 | EagleBank | Balance of DIP Bank Account | 1229-000 | $2,871.90 | | $5,228.90 |
| 01/17/19 | 5 | EagleBank | POST PETITION ACCOUNTS RECEIVABLE<br>Money owed from Marriott for room charges | 1221-000 | $43,671.48 | | $48,900.38 |
| 01/24/19 | 10001 | Heartland Payroll<br>2001 Aerospace Parkway<br>Brook Park, OH 44142<br>Attn: Russell Boone | PAYROLL EXPENSE FOR W-2 | 2990-000 | | $674.00 | $48,226.38 |
| 01/29/19 | 10002 | Johannes Allender<br>12154 Darnestown Rd., Ste 621<br>Gaithersburg, MD 20878 | PAYROLL EXPENSE FOR 1099 | 2990-000 | | $200.00 | $48,026.38 |
| 02/07/19 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.31 | $48,009.07 |
| 02/15/19 | 5 | MARRIOTT INTERNATIONAL INC. | POST PETITION ACCOUNTS RECEIVABLE | 1221-000 | $5,179.90 | | $53,188.97 |
| 03/04/19 | 5 | Marriott International Inc. | POST PETITION ACCOUNTS RECEIVABLE | 1221-000 | $206.15 | | $53,395.12 |
| 03/07/19 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.64 | $53,346.48 |
| 03/11/19 | 10003 | INSURANCE PARTNERS<br>26865 CENTER RIDGE ROAD<br>WESTLAKE, OH 44145 | Bond Premium | 2300-000 | | $64.45 | $53,282.03 |
| 03/12/19 | 5 | MARRIOTT INTERNATIONAL INC. | POST PETITION ACCOUNTS RECEIVABLE | 1221-000 | $2,549.56 | | $55,831.59 |
| 03/12/19 | 10004 | Heartland Payroll | W-2's<br>CPKap, LLC | 2990-000 | | $471.50 | $55,360.09 |
| 04/01/19 | 10005 | AllenderCPA<br>12154 Darnestown Rd., Ste 621<br>Gaithersburg, MD 20878 | ACCOUNTANT'S FEE<br>Final 2065 tax return for 2018 and personal property tax return | 3310-000 | | $1,411.00 | $53,949.09 |

Page Subtotals: $56,835.99  $2,886.90

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 18-21827 | Trustee Name: MERRILL COHEN, TRUSTEE |
| Case Name: Masskap, Llc | Bank Name: Signature Bank |
| | Account Number/CD#: XXXXXX9693 |
| | Checking |
| Taxpayer ID No: XX-XXX2590 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 01/07/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/19 | | Signature Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.08 | $53,891.01 |
| 04/11/19 | | R.L. Rasmus Auctioneers Inc. | SALE OF PROPERTY | | $173,166.33 | | $227,057.34 |
| | | | Gross Receipts    $216,457.91 | | | | |
| | | R.L. RASMUS AUCTIONEERS | SALES AGENT(S) COMMISSION    ($43,291.58) | 3610-000 | | | |
| | 12 | | Kitchen and computer equipment. Landlord has all fixed assets onsite    $216,457.91 | 1129-000 | | | |
| 04/12/19 | 10006 | Eaglebank, Michael J. Lichtenstein Shulman, Rogers, Gandal, Pordy & Ecker, 12505 Park Potomac Avenue, Sixth Floor Potomac, Maryland 20854 | SEcured Claim Proceeds from sale of collateral per agreement | 4110-000 | | $129,874.75 | $97,182.59 |
| 05/01/19 | | Transfer to Acct # xxxxxx0116 | Transfer of Funds | 9999-000 | | $97,182.59 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $230,002.32 | $230,002.32 |
| Less: Bank Transfers/CD's | $0.00 | $97,182.59 |
| Subtotal | $230,002.32 | $132,819.73 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $230,002.32 | $132,819.73 |

| | | |
|---|---:|---:|
| Page Subtotals: | $173,166.33 | $227,115.42 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-21827  
Case Name: Masskap, Llc  
Taxpayer ID No: XX-XXX2590  
For Period Ending: 01/07/2020  

Trustee Name: MERRILL COHEN, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0116  
Checking  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):  

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/19 | | Transfer from Acct # xxxxxx9693 | Transfer of Funds | 9999-000 | $97,182.59 | | $97,182.59 |
| 05/13/19 | 22 | The Hartford | Refund | 1229-000 | $3,925.94 | | $101,108.53 |
| 11/20/19 | 2001 | MERRILL COHEN<br>COHEN, BALDINGER & GREENFELD, LLC<br>2600 TOWER OAKS BLVD.<br>SUITE 103, ROCKVILLE, MD  20852 | Distribution | | | $17,793.35 | $83,315.18 |
| | | MERRILL COHEN | Final distribution creditor account # representing a payment of 100.00 % per court order. ($17,110.99) | 2100-000 | | | |
| | | MERRILL COHEN | Final distribution creditor account # representing a payment of 100.00 % per court order. ($682.36) | 2200-000 | | | |
| 11/20/19 | 2002 | U.S. Trustee<br>6305 Ivy Lane# 600<br>Greenbelt, Md 20770 | Final distribution to claim 9 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $1,950.00 | $81,365.18 |
| 11/20/19 | 2003 | COHEN, BALDINGER & GREENFELD<br>COHEN<br>BALDINGER & GREENFELD, LLC | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $6,270.00 | $75,095.18 |
| 11/20/19 | 2004 | Porzio, Bromberg & Newman, P.C.<br>Attn: Warren J. Martin Jr.<br>100 Southgate Parkway<br>Morristown, Nj 07962 | Final distribution to claim 24 creditor account # representing a payment of 89.85 % per court order. | 6210-000 | | $25,435.05 | $49,660.13 |
| 11/20/19 | 2005 | Yumkas, Vidmar, Sweeney & Mulrenin, Llc<br>Attention: Catherine K. Hopkin, Esquire<br>10211 Wincopin Circle, Suite 500<br>Columbia, Md 21044 | Final distribution to claim 25 creditor account # representing a payment of 89.85 % per court order. | 6210-000 | | $12,503.89 | $37,156.24 |
| 11/20/19 | 2006 | Hq Hotel Trs, Llc<br>1001 G Street, N.W., Suite 900<br>Washington, Dc 20001 | Final distribution to claim 23 creditor account # representing a payment of 89.85 % per court order. | 6920-000 | | $32,578.69 | $4,577.55 |

Page Subtotals:           $101,108.53     $96,530.98

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-21827　　　　　　　　　　　　　　　　　　　　　　Trustee Name: MERRILL COHEN, TRUSTEE
Case Name: Masskap, Llc　　　　　　　　　　　　　　　　　　　Bank Name: Axos Bank
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX0116
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking
Taxpayer ID No: XX-XXX2590　　　　　　　　　　　　　　　　Blanket Bond (per case limit): $3,000,000.00
For Period Ending: 01/07/2020　　　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/20/19 | 2007 | Us Foods, Inc. Leslie A. Bayles, Bryan Cave Leighton Paisner Llp 161 N. Clark Street Street, Suite 4300 Chicago, Il 60601-3315 | Final distribution to claim 22 creditor account # representing a payment of 89.85 % per court order. | 6990-000 | | $4,577.55 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $101,108.53 | $101,108.53 |
| Less: Bank Transfers/CD's | $97,182.59 | $0.00 |
| Subtotal | $3,925.94 | $101,108.53 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,925.94 | $101,108.53 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*　　　　　　　　　　　Page Subtotals:　　　　$0.00　　　$4,577.55

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0116 - Checking | $3,925.94 | $101,108.53 | $0.00 |
| XXXXXX9693 - Checking | $230,002.32 | $132,819.73 | $0.00 |
| | $233,928.26 | $233,928.26 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $43,291.58 |
| Total Net Deposits: | $233,928.26 |
| Total Gross Receipts: | $277,219.84 |